UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN M. ERICKSON,<br><br>  Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,[1]<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. 2:20-cv-02123-JDP (SS)<br><br>STIPULATION AND ORDER<br><br>ECF No. 13 |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a thirty (30) day extension of time until October 4, 2021, in which to e-file her Motion for Summary Judgment which is due on September 3, 2021. Defendant shall file any opposition, including cross-motion, on or before November 18, 2021. This extension is necessitated due to the number of cases Plaintiff's counsel must brief for this court and the Ninth Circuit Court of Appeals. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure Kilolo Kijakazi should be substituted, therefore, for Commissioner Andrew Saul as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Dated:  August 31, 2021        /s/HARVEY P. SACKETT
                               HARVEY P. SACKETT
                               Attorney for Plaintiff
                               DAWN ERICKSON


Dated:  August 31, 2021        /s/DANIEL P. TALBERT
                               DANIEL P. TALBERT
                              Special Assistant U.S. Attorney
                               Social Security Administration
                               [*As authorized by email 8/31/21]

**ORDER**

The parties' stipulation, ECF No. 13, is construed as a motion and granted.

IT IS SO ORDERED.

Dated:   September 7, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

3